CORRECTED: June 9, 2009

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3132

MARIE C. MAPLES,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT844E080694-I-1.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Marie C. Maples moves to supplement the record to include various documents not before the Merit Systems Protection Board. Maples also moves for an extension of time, until June 29, 2009, to pay the court's docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to supplement the record is deferred for consideration by the merits panel that is assigned to hear the case.

(2)    A copy of this order and the motions papers regarding the motion to supplement the record shall be transmitted to the merits panel assigned to hear this case.

(3)     The motion for an extension of time to pay the docketing fee is granted. No further extensions should be anticipated.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Marie C. Maples
        David M. Hibey, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK

2009-3132                              2